# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sandra K. Rudolph and<br>David Rudolph,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Walmart Inc.,<br><br>　　　　　　Defendant. | Civil No. 0:22-cv-00106-SRN-DTS<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that any claims that were or could have been asserted in this action are dismissed with prejudice and this against Defendant Walmart Inc. may be and hereby are dismissed with prejudice and on the merits, but without costs to any party.

Date: 08/29/2022

　　　　　　　　　　　　　　　　　　_/s/ Cristina M. Wirth_
　　　　　　　　　　　　　　　　　　Cristina M. Wirth (#0402324)
　　　　　　　　　　　　　　　　　　BYE, GOFF & ROHDE, LTD.
　　　　　　　　　　　　　　　　　　258 Riverside Drive | P.O. Box 167
　　　　　　　　　　　　　　　　　　River Falls, WI 54022
　　　　　　　　　　　　　　　　　　(715) 425-8161 | cristina@byegoff.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Date: 8/30/22

*[signature]*

Angela Beranek Brandt (#0293143)
Madeline E. Davis (#0400791)
LARSON • KING, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500 | Fax: (651) 312-6618
abrandt@larsonking.com
mdavis@larsonking.com
*Attorneys for Defendant*