# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Sandra K. Rudolph, David Rudolph, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 22-cv-106 SRN/DTS |
| Walmart, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED** on the merits with prejudice, but without costs or disbursements to either party.

Date: 8/31/2022                                                                KATE M. FOGARTY, CLERK